IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,              )
                                       )
                Plaintiff,             )
                                       )
        v.                             )        CR 23-01493-TUC-AMM (MSA)
                                       )
Danny Rowe Elliott, Jr.,               )
                                       )
                Defendant.             )

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 09, 2024 and ending on December 08, 2024. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 14, 2025 at Tucson, AZ.

s/Deanna Nealon
Deanna Nealon
Asset Forfeiture Paralegal (Contractor)

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
## COURT CASE NUMBER: CR 23-01493-TUC-AMM (MSA); NOTICE OF FORFEITURE

Notice is hereby given that on November 07, 2024, in the case of <u>U.S. v. Danny Rowe Elliott Jr</u>, Court Case Number CR 23-01493-TUC-AMM (MSA), the United States District Court for the District of Arizona entered an Order condemning and forfeiting the following property to the United States of America:

GLOCK GMBH 19GEN5 Pistol CAL:9 SN:BSXK751 (22-ATF-049971) which was seized from Danny Rowe Elliott Jr on August 13, 2022 at 2436 N Stone AV, located in Tucson, AZ

38 Rounds FEDERAL Ammunition CAL:9 (22-ATF-049972) which was seized from Danny Rowe Elliott Jr on August 13, 2022 at 2436 N Stone AV, located in Tucson, AZ

GLOCK INC 21GEN4 Pistol CAL:45 SN:AFNU598 (22-ATF-049973) which was seized from Danny Rowe Elliott Jr on August 13, 2022 at 2436 N Stone AV, located in Tucson, AZ

14 Rounds CCI Ammunition CAL:45 (22-ATF-049974) which was seized from Danny Rowe Elliott Jr on August 13, 2022 at 2436 N Stone AV, located in Tucson, AZ

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (November 09, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 405 West Congress Street, Suite 1500, Tucson, AZ  85701, and a copy served upon Assistant United States Attorney Nathaniel Walters, 405 W. Congress Street, Suite 4800, Tucson, AZ  85701.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Nathaniel Walters, 405 W. Congress Street, Suite 4800, Tucson, AZ  85701.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.